F. C. SHELDON SLATE COMPANY, Respondent, *v.* UNION NATIONAL BANK OF TROY, Appellant.

(Argued January 20, 1936; decided March 3, 1936.)

*Edward H. Pattison* for appellant.
*Henry W. Williams* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.